**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SOUTH CRE VENTURE 2010-2, LLC,
as receiver for Hillcrest Bank Florida,

                       Plaintiff,

-vs-                                             Case No. 2:10-cv-774-FtM-36SPC

COLONY CORPORATE CENTRE, LLC f/k/a
COLONY CORPORATE CENTRE, INC., JOSEPH
E. D'JAMOOS, PHILBIN BROTHERS LLC, a
Florida limited liability company, WALL
SYSTEMS, INC. OF SOUTHWEST FLORIDA, a
Florida corporation doing business as
PROFESSIONAL BUILDING SYSTEMS, THE
FOUNDATION OF PELICAN MARSH, INC., a
Florida corporation, VANDERBILT GALLERIA
CONDOMINIUM ASSOCIATION, INC., a Florida
corporation,

                       Defendants.
_____

**ORDER**

      This matter comes before the Court on Stipulation for Substitution of Counsel (Doc. #62) filed on July 15, 2011. Douglas B. Szabo, Esq., and the law firm of Henderson, Franklin, Starnes and Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, moves the Court to be substituted in the place of current Counsel Theodore R. Walters, Esq., and the law firm of Cummings & Lockwood, LLC. Having reviewed the motion, finds good cause and will grant the stipulation of Counsel on behalf of the Plaintiff.

      Accordingly, it is now

      **ORDERED:**

The Stipulation for Substitution of Counsel (Doc. #62) is **GRANTED**. Douglas B. Szabo, Esq., and the law firm of Henderson, Franklin, Starnes and Holt, P.A., 1715 Monroe Street, Fort Myers, Florida 33901, shall be designated Counsel of record on behalf of the Plaintiff. Theodore R. Walters, Esq., and the law firm of Cummings & Lockwood, LLC, shall have no further responsibility in this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of July, 2011.

*SheriPolsterChappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record